UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RAY GRANTHAM, d/b/a RIVERCHASE MOTEL, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 3:09-CV-134 ) |
| THE NETHERLANDS INSURANCE CO., | ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that this case is sufficiently related to the previously filed case of <u>Grantham v. The Netherlands Insurance Co.</u>, 3:07-CV-198 (Phillips/Guyton), that this case also should be assigned to District Judge Thomas W. Phillips and Magistrate Judge H. Bruce Guyton. However, consolidation is not ordered.

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge