UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RAY GRANTHAM, d/b/a, ) <br> RIVERCHASE MOTEL, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> V. ) <br> ) <br> THE NETHERLANDS INSURANCE, ) <br> ) <br> Defendant. ) | No. 3:09-CV-134 <br> (GUYTON) |

### ORDER

This civil action is before the Court pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment. [Doc. 6]. The parties have filed a Joint Stipulation of Dismissal [Doc. 13], stipulating that this case has been settled.

Based upon the Stipulation, the Court finds that this case has been settled, and therefore, it is hereby **DISMISSED**. Each party shall bear the costs it incurred in this litigation.

**IT IS SO ORDERED.**

ENTER:

  s/ H. Bruce Guyton
United States Magistrate Judge